## A. LESCHEN & SONS ROPE COMPANY *v.* AMERICAN STEEL & WIRE COMPANY OF NEW JERSEY.

*A. Leschen & Sons Rope Company* v. *Broderick & Bascom Rope Company, ante,* p. 451, applied and followed.

No. 693. Patent Appeals. Submitted January 16, 1911. Decided February 6, 1911.

HEARING on an appeal from a decision of the Commissioner of Patents, dismissing an opposition to an application for the registration of a trademark.                        *Reversed.*

*Mr. James A. Carr* and *Mr. Melville Church* for the appellant.

*Messrs. Linthicum, Belt, & Fuller* and *Mr. Charles McVeagh* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

This is another trademark opposition case, in which appellant seeks a reversal of a decision of the Commissioner of Patents, awarding registration to appellee as a trademark for wire rope, a strand of the rope colored blue.

For the reasons stated in the preceding opinion, the judgment will be reversed. The clerk will certify this opinion as by law required.    *Reversed.*